AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| TOJO Sea Below, LLC | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No.  **11-80502-CV-Marra/Johnson** |
| OCEAN LED USA, LLC | ) ) | |
| *Defendant* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ocean Led USA, LLC
Lee J. Savage, Registered Agent
2019 SW 20th St.
Suite 101
Fort Lauderdale, Florida 33315


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward F. McHale
McHale & Slavin, P.A.
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **May 5, 2011**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts